IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00066-RPM

STATE FARM LIFE INSURANCE COMPANY,

        Plaintiff,

v.

MARICELA CARBAJAL,
VICTORIA CARBAJAL,
LUCIA CARBAJAL and
JAEL MIRELLA,

        Defendants.

---

ORDER DENYING MOTION FOR PROTECTIVE ORDER

---

On May 19, 2006, Defendant Maricela Carbajal filed a motion for a protective order under Fed. R. Civ. P. 26(c) asking that a single deposition be taken of her rather than separate depositions in five civil actions in which she is a party, all pending in this court and assigned to different judges.  The motion recites that Maricela Carbajal is to be deposed on June 13, 2006, by counsel for Jackson National Life Insurance Company, plaintiff in 1:05-cv-01592-REB-PAC.  There is no indication that the plaintiff in this case has scheduled her deposition.  Because this Court has no authority to make requirements for discovery in cases pending before other judges and because there is no pending deposition of the movant in this case, it is

ORDERED that the motion is denied as procedurally inappropriate.

Dated: May 22nd, 2006

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge