IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00066-RPM

STATE FARM LIFE INSURANCE COMPANY,

      Plaintiff,

v.

MARICELA CARBAJAL,
VICTORIA CARBAJAL,
LUCIA CARBAJAL and
JAEL MIRELLA,

      Defendants.

_____

ORDER DENYING MOTION TO VIDEOTAPE DEPOSITIONS BY AN EMPLOYEE OF DEFENDANTS' LAW FIRM
_____

      Yesterday, the defendants filed a motion to videotape depositions without the use of an independent contractor and request for expedited ruling.  What is requested is that the court approve the videotaping of depositions by an investigator employed by the defendants' law firm.  Because the motion is contrary to the requirements of Fed.R.Civ.P. 28(C)c it is

      ORDERED that the motion is denied.

      DATED: September 12th, 2006

                                BY THE COURT:

                                s/ Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge