IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00066-RPM

STATE FARM LIFE INSURANCE COMPANY,

    Plaintiff,

v.

MARICELA CARBAJAL,
VICTORIA CARBAJAL,
LUCIA CARBAJAL and
JAEL MIRELLA,

    Defendants.

_____

## STAY ORDER
_____

The following motions have been filed in this civil action and have not been determined:

- #30   Plaintiff's Motion for Appointment of Special Discovery Master and to Extend Discovery for F.R.C.P. 35 Examination
- #31   Defendants' Motion for Partial Summary Judgment
- #33   Plaintiff's Motion for Summary Judgment
- #44   Motion to Amend Defendants' Counterclaim to Add a Claim of Punitive Damages
- #46   Defendants' Motion for Default and Other Appropriate Sanctions
- #49   Defendants' Motion for Protective Order Limiting Plaintiff State Farm's *Ex Parte* Contact with Ms. Alejandra Basulto

#54     Plaintiff State Farm's Motion to Strike Affidavits Attached to Defendants' Response to Motion for Summary Judgment

#56     Plaintiff State Farm's Request for Leave to File Sur-Response to Defendants' Reply to Motion for Partial Summary Judgment

#58     Plaintiff State Farm's Motion for Extension of Time to Reply to Motion for Summary Judgment.

On a cursory review of these filings, it is apparent that any further proceedings in this case must await a hearing and ruling on pending motions, some of which may affect the status of counsel  this case.  It is therefore

ORDERED that all further proceedings in this civil action are stayed until further order of court.

DATED: January 17th, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge