IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00066-RPM

STATE FARM LIFE INSURANCE COMPANY,

      Plaintiff,

v.

MARICELA CARBAJAL,
VICTORIA CARBAJAL,
LUCIA CARBAJAL and
JAEL MIRELLA,

      Defendants.

_____

## STAY ORDER
_____

For the reasons stated by the Court at the hearing held today, it is

ORDERED that this civil action is stayed until further order of the Court.

DATED: February 21st, 2007

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge