**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:             February 21, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 05-cv-00066-RPM

| | |
|---|---|
| STATE FARM INSURANCE COMPANY, | Franklin D. Patterson |
| | Kerri M. Anderson |
| Plaintiff, | |
| v. | |
| MARICELA CARBAJAL, | David A. Olivas |
| VICTORIA CARBAJAL, | |
| LUCIA CARBAJAL, and | |
| JAEL MIRELLA, | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Motions Hearing**

**1:59 p.m.     Court in session.**

Court's preliminary remarks, summary of case and pending motions.
Mr. Olivas informs the Court that the California case has settled.
Court states its view of the case in light of the pending related cases.

2:14 p.m.     Statements by Mr. Patterson.
2:15 p.m.     Statements by Mr. Olivas.

**ORDERED:**   **Plaintiff's Motion for Appointment of Special Discovery Master and to Extend Discovery for F.R.C.P. 35 Examination, filed November 7, 2006 [30], is denied.**

**ORDERED:**   **Defendants' Motion for Partial Summary, filed November 9, 2006 [31], is denied.**

**ORDERED:**   **Plaintiff's Motion for Summary Judgment, filed November 15, 2006 [33], is denied.**

February 21, 2007
05-cv-00066-RPM

**ORDERED:** **Motion to Amend Defendants' Counterclaim to Add a Claim of Punitive Damages, filed December 14, 2006 [44], is denied.**

**ORDERED:** **Motion for Default and Other Appropriate Sanctions, filed December 14, 2006 [46], is denied.**

**ORDERED:** **Defendants' Motion for Protective Order Limiting Plaintiff State Farm's Ex Parte Contact with Ms. Alejandra Basulto, filed December 19, 2006 [49], is denied.**

**ORDERED:** **Plaintiff State Farm's Motion to Strike Affidavits Attached to Defendants' Response to Motion for Summary Judgment, filed January 12, 2007 [54], is denied.**

**ORDERED:** **Plaintiff State Farm's Request for Leave to File Sur-Response to Defendants's Reply to Motion for Partial Summary Judgment, filed January 15, 2007 [56], is denied.**

**ORDERED:** **Plaintiff State Farm's Motion for Extension of Time to Reply to Motion for Summary Judgment, filed January 16, 2007 [58], is denied.**

**ORDERED:** **All further proceedings stayed until further order of Court.**

**2:19 p.m.** **Court in recess.**

Hearing concluded.  Total time: 20 min.