IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00066-RPM

STATE FARM LIFE INSURANCE COMPANY,

    Plaintiff,

v.

MARICELA CARBAJAL,
VICTORIA CARBAJAL,
LUCIA CARBAJAL and
JAEL MIRELLA,

    Defendants.

_____

ORDER APPROVING PROPOSED JOINT DISCOVERY SCHEDULE
_____

Upon review of the Proposed Joint Discovery Schedule filed on February 14, 2008, it is

ORDERED that the Proposed Joint Discovery Schedule is approved.

DATED: February 15th , 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge