IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00066-RPM

STATE FARM LIFE INSURANCE COMPANY,

    Plaintiff,

v.

MARICELA CARBAJAL,
VICTORIA CARBAJAL,
LUCIA CARBAJAL and
JAEL MIRELLA,

    Defendants.

_____

ORDER DENYING MOTION TO AMEND DEFENDANTS' COUNTERCLAIM TO ADD
A CLAIM OF PUNITIVE DAMAGES
_____

On March 31, 2008, the defendants filed a Motion to Amend Defendants' Counterclaim to Add a Claim of Punitive Damages and submitted a tendered Defendants' Amended Counterclaim stating an exemplary damage claim for relief. The plaintiff filed its response to that motion to amend on April 21, 2008. The plaintiff is correct that under Colorado law punitive damages may be awarded by a jury finding that the defendants' conduct in committing an actionable wrong was fraudulent, malicious, willful and wanton. The additional relief of an award of punitive damages must be related to an underlying claim for relief and is not a separate claim for relief. If the defendants are successful in submitting competent evidence to support the many factual allegations in the tendered amended counterclaim, punitive damages may be

considered by the jury under appropriate instructions. Accordingly, it is

ORDERED that the motion to file the amended counterclaim is denied.

DATED: April 22nd, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge