IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: September 25, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki
_____

Civil Action No. 05-cv-00066-RPM

STATE FARM INSURANCE COMPANY,        Franklin D. Patterson
       Kerri M. Anderson

    Plaintiff,

v.

MARICELA CARBAJAL,        David A. Olivas
VICTORIA CARBAJAL,        Gregory Gold
LUCIA CARBAJAL, and
JAEL MIRELLA,

    Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Defendants' Motion for Partial Summary Judgment**

**2:57 p.m.**     **Court in session.**

Defendants present.

Court's preliminary remarks.

Mr. Patterson states plaintiff opposes the motion to consolidate.

3:02 p.m.     Argument by Mr. Patterson.

3:14 p.m.     Argument by Mr. Olivas.

Mr. Olivas state the motion to consolidate [93] has only been filed in this case and agrees to file it in the other two cases.

3:38 p.m.     Rebuttal argument by Mr. Patterson.

Mr. Patterson states discovery is completed and plaintiff will file a response to the motion to consolidate.

**ORDERED:**     **State Farm Life Insurance Company's Motion for Partial Summary Judgment as to Defendant's Second Cause of Action - Bad Faith, filed September 2, 2008 [87], is denied.**
               **Plaintiff's response to motion to consolidate is due by October 2, 2008.**
**3:43 p.m.**     **Court in recess.**

Hearing concluded. Total time: 46 min.