IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00066-RPM
(Consolidated with Civil Action No. 06-cv-00608-RPM
  and Civil Action No. 06-cv-00884-RPM)

STATE FARM LIFE INSURANCE COMPANY,

    Plaintiff,
v.

MARICELA CARBAJAL,
VICTORIA CARBAJAL,
LUCIA CARBAJAL and
JAEL MIRELLA,

    Defendants.
_____

ORDER FOR CONSOLIDATION
_____

The defendants in Civil Action 05-cv-00066-RPM, Maricela Carbajal, Victoria Carbajal, Lucia Carbajal, and Jael Mirella, filed a motion to consolidate this civil action with civil actions by Maricela Carbajal against American Family Life Insurance Company, Civil Action 06-cv-00608-WDM-MEH, and Lincoln Benefit Life Company, 06-cv-00884-EWN-KLM, pursuant to Fed.R.Civ.P. 42. State Farm Life Insurance Company, Lincoln Benefit Life Company and American Family Life Insurance Company have filed opposition to the motion for consolidation. The common factual issue in all three of these cases is whether the insured on all three life insurance policies, Miguel Carbajal, is dead. That central question has been the subject of extensive investigation conducted on behalf of all three insurance companies in Mexico and in each civil action witnesses from that nation will provide testimony. Additionally, the claims of bad faith

denial of the insurance claims in Civil Action 05-cv-00066 and 06-cv-00608 are based on the investigations conducted. While Chief Judge Nottingham dismissed the bad faith claim in Civil Action No. 06-cv-00884 by Order and Memorandum of Decision entered August 20, 2008, the insurance company's contention that the claim of death is an effort to defraud it will require consideration of much of the same evidence. This Court recognizes that there will be differences among the three insurance companies in their presentations but prejudice to them can be avoided by appropriate procedures including cautionary instructions during the course of the trial. To require Maricela Carbajal to produce the same witnesses and evidence in three trials before three different judges of this court is prejudicial to her and to the judicial resources required for the conduct of three trials with the core commonalities of fact presented in these cases. Accordingly, it is

ORDERED that these three civil actions are consolidated for all purposes and the trial settings and orders of reference to United States Magistrate Judges in Civil Action 06-cv-00608, *Maricela Carbajal v. American Family Life Insurance Company,* and Civil Action No. 06-cv-00884, *Maricela Carbajal v. Lincoln Benefit Life Company,* are vacated. It is

FURTHER ORDERED that a status conference to discuss scheduling issues, including a pretrial conference setting, will be set at the convenience of all counsel.

DATED: October 10th, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge