IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: November 10, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 05-cv-00066-RPM
(Consolidated with Civil Action No. 06-cv-00608-RPM and Civil Action No. 06-cv-00884-RPM)

STATE FARM INSURANCE COMPANY,                   Brian Kennedy
                                                                           Leanne DeVos
        Plaintiff,                                             Arthur Karstaedt
                                                                           Tamir Goldstein
v.

MARICELA CARBAJAL,                                 David A. Olivas
VICTORIA CARBAJAL,
LUCIA CARBAJAL, and
JAEL MIRELLA,

        Defendants.
_____

**COURTROOM MINUTES**

_____

**Status Conference**

**2: 32 p.m.**      **Court in session.**

Court's preliminary remarks.

Statements by Mr. Karstaedt.
Statements by Mr. Olivas.
Discussion regarding scheduling. Counsel to confer and prepare a proposed pretrial order.
Statements by Ms. Devos regarding bifurcation.

**ORDERED:**     **Lincoln Benefit Life Company's Opposed Motion to Bifurcate or in the Alternative Motion to Reconsider in Part, The Motion to Consolidate, filed November 3, 2008 [99] in 05-cv-00066-RPM, is denied.**

                   **Defendant's Motion to for Partial Summary Judgment on Plaintiff's Second Cause of Action - Bad Faith, filed March 14, 2008 [140] in 06-cv-00608, is denied.**

                   **Defendant's Motion to Strike Plaintiff's Contest of Undisputed Material Facts, filed April 28, 2008 [150] in 06-cv-00608, is denied.**

                   **The Order and Memorandum of Decision by Judge Nottingham [171], entered August 20, 2009, is vacated.**

                   **Pretrial conference scheduled February 6, 2008 at 4:00 p.m.
Proposed pretrial order to be submitted in paper directly to chambers by 4:00 p.m. January 29, 2008.**

**2:47 p.m.**      **Court in recess.**        Hearing concluded. Total time: 15 min.