IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00066-RPM
(Consolidated with Civil Action No. 06-cv-00608-RPM
 and Civil Action No. 06-cv-00884-RPM)

STATE FARM LIFE INSURANCE COMPANY,

        Plaintiff,

v.

MARICELA CARBAJAL,
VICTORIA CARBAJAL,
LUCIA CARBAJAL and
JAEL MIRELLA,

        Defendants,
  and

MARICELA CARBAJAL,

        Plaintiff,

v.

AMERICAN FAMILY LIFE INSURANCE COMPANY and
LINCOLN BENEFIT LIFE COMPANY,

        Defendants.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

      Pursuant to the status conference held today, it is

      ORDERED that a pretrial conference is scheduled for **February 6, 2009, at 4:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be

found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial

Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.**

on **January 29, 2009.**  The conference is conducted with counsel only and no parties or

representatives of parties will be permitted to attend.

     DATED:  November 10th, 2008

                                   BY THE COURT:

                                   s/Richard P. Matsch

                                   _____

                                   Richard P. Matsch, Senior District Judge