IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00066-RPM-BNB
(Consolidated with Civil Action No. 06-cv-00608-RPM and civil Action No. 06-cv-00884-RPM)

STATE FARM LIFE INSURANCE COMPANY,

Plaintiff,

v.

MARICELA CARBAJAL,
VICTORIA CARBAJAL,
LUCIA CARBAJAL, and
JAEL MIRELLA,

Defendants,

and

MARICELA CARBAJAL,

Plaintiff,

v.

AMERICAN FAMILY LIFE INSURANCE COMPANY, and
LINCOLN BENEFIT LIFE COMPANY,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **February 12, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated January 29, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge