**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                      June 24, 2009
Courtroom Deputy:   J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 05-cv-00066-RPM
(Consolidated with Civil Action No. 06-cv-00608-RPM and Civil Action No. 06-cv-00884-RPM)

STATE FARM LIFE INSURANCE COMPANY,                          Franklin D. Patterson
                                                                                    Kerri M. Anderson
          Plaintiff,

v.

MARICELA CARBAJAL,                                                        David A. Olivas
VICTORIA CARBAJAL,                                                       Gregory A. Gold
LUCIA CARBAJAL, and
JAEL MIRELLA,

          Defendants,

and

MARICELA CARBAJAL,

          Plaintiff,

v.

AMERICAN FAMILY LIFE INSURANCE COMPANY and          Alan P. Gregory
LINCOLN BENEFIT LIFE COMPANY,                                  Leanne B. De Vos

          Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Objections to Magistrate Judge's Recommendation**

**2:00 p.m.          Court in session.**

Individual defendants present.

Court's preliminary remarks and its summary of the issue before it.

June 24, 2009
05-cv-00066-RPM

2:07 p.m.        Argument by Mr. Patterson.
2:15 p.m.        Argument by Mr. Olivas.

Court's findings and conclusions as stated on record.

**ORDERED:     Recommendation of the United States Magistrate Judge, entered June 4, 2009 [141], is approved.**

**ORDERED:     State Farm's Written Objections to the Recommendations of the Magistrate Judge, filed June 12, 2009 [142], is denied.**

**ORDERED:     Motion to Enforce Settlement Agreement, filed March 15, 2009 [124], is granted.**

**ORDERED:     State Farm's Motion to Enforce Settlement Agreement, filed March 18, 2009 [126], is denied.**

**ORDERED:     Defendants' Motion to Strike the Insurance Companies' Written Objections to the Recommendation of the Magistrate Judge, filed June 23, 2009 [146], is moot.**

**2:25 p.m.        Court in recess.**

Hearing concluded.  Total time: 25 min.