IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00066-RPM
(Consolidated with Civil Action No. 06-cv-00608-RPM
  and Civil Action No. 06-cv-00884-RPM)

STATE FARM LIFE INSURANCE COMPANY,

        Plaintiff,

v.

MARICELA CARBAJAL,
VICTORIA CARBAJAL,
LUCIA CARBAJAL and
JAEL MIRELLA,

        Defendants,
   and

MARICELA CARBAJAL,

        Plaintiff,

v.

AMERICAN FAMILY LIFE INSURANCE COMPANY and
LINCOLN BENEFIT LIFE COMPANY,

        Defendants.

_____

ORDER FOR ENFORCEMENT OF SETTLEMENT AGREEMENT
_____

       Pursuant to the hearing held today on objections to the Recommendation of United States Magistrate Judge Boyd N. Boland, dated June 4, 2009, and the Court having adopted the Magistrate Judge's analysis of the provisions of the Settlement Agreement and the indemnification clause contained in it, it is now

ORDERED that the Motion to Enforce Settlement Agreement filed by Maricela Carbajal, Victoria Carbajal, Lucia Carbajal and Jael Mirella is granted and the insurance companies are directed to release the settlement funds in accordance with the provisions of the Settlement Agreement and that upon receipt of those funds the parties shall submit their stipulation for dismissal of these civil actions.

DATED: June 24th, 2009

BY THE COURT:

s /Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge