**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Civil Action No. **05-cv-00066-RPM-BNB**
(Consolidated with Civil Action No. 06-cv-00608-RPM and 06-cv-00884-RPM)

STATE FARM LIFE INSURANCE COMPANY

       Plaintiff(s),

v.

MARICELA CARBAJAL
VICTORIA CARBAJAL
LUCIA CARBAJAL and
JAEL MIRELLA

       Defendant(s),

v.

AMERICAN FAMILY LIFE INSURANCE COMPANY, and
LINCOLN BENEFIT LIFE COMPANY

       Defendant(s).

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

**THIS MATTER** coming on to be heard pursuant to Stipulation properly signed by the attorneys, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that this action, including all claims asserted in Complaints and Counterclaims, be dismissed, with prejudice, each party to pay their own costs and attorneys' fees.

DATED this 24th day of July 2009.

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            United States District Court Judge